```
                    Athol Police Department                    Page: 1
                       Summons Report                        05/03/2013

                  Summons #: 13-229-AR
                     Call #: 13-4449

Date/Time Reported: 05/02/2013 @ 1017
 Arrest Date/Time: 05/03/2013 @ 0715
             OBTN: TATH201300229
 Reporting Officer: Patrol Officer Thomas Cummings

        Signature: _____
```

### DEFENDANT(S)

| | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | GRAY, JUDITH D<br>463 HARVARD AVE<br>ATHOL MA 01331-3003 | F | W | 57 | | 978-249-2386 |

```
Military Active Duty: N
        HEIGHT: 510        WEIGHT: 170         HAIR: BROWN      EYES: BROWN
          BODY: NOT AVAIL.              COMPLEXION: NOT AVAIL.
           DOB: [REDACTED]           PLACE OF BIRTH: NOT AVAIL.
 LICENSE NUMBER:                          ETHNICITY: NOT HISPANIC
```

_____[CONTACT INFORMATION]_____

```
          Home Phone        (Primary)    978-249-2386
```

_____[APPEARANCE]_____

```
              GLASSES WORN: NO


         ALIAS LAST NAME    FIRST NAME    MIDDLE NAME    SSN           DOB
              GRAY            JUDITH          D         NOT AVAIL   [REDACTED]
```

### OFFENSE(S)

```
  LOCATION TYPE: Highway/Road/Alley/Street    Zone: So. Templeton Road Area
  ATHOL MEMORIAL HOSPITAL
  2033 MAIN ST
  ATHOL MA 01331
```

| # | Offense | Attempted | Type |
|---|---|---|---|
| 1 | ASSAULT ON A POLICE OFFICER<br>265/13A           265        13A<br>OCCURRED: 05/02/2013 | N | Misdemeanor |
| 2 | RESISTING ARREST<br>268/32            268        32<br>OCCURRED: 05/02/2013 | N | Misdemeanor |
| 3 | DISTURBING THE PEACE<br>272/53            272        53<br>OCCURRED: 05/02/2013 | N | Misdemeanor |
| 4 | DISORDERLY PERSON<br>272/53            272        53<br>OCCURRED: 05/02/2013 | N | Misdemeanor |

```
                          Athol Police Department                           Page: 1
                    NARRATIVE FOR PATROL OFFICER THOMAS A CUMMINGS
                    Ref: 13-229-AR

                    Entered:  05/03/2013 @ 0723      Entry ID:    119
                    Modified: 05/03/2013 @ 0818      Modified ID: 119
```

On Thursday, May 2nd, 2013, Officer Thomas Cummings was working the 0700 - 1500 hours shift, assigned to cruiser 11-1, and was assigned to work the uptown beat.

At approximately 1017 hours, the Athol Memorial Hospital called the Athol Police Department to report Ms. Judith Gray (DOB ▓▓▓▓▓▓) left the hospital and they would like her picked up and brought back. The hospital staff advised Ms. Gray is a section 12 patient (see attached section 12 paperwork for Ms. Gray). The staff also advised that Ms. Gray was wearing a gray shirt, green shorts, and had no shoes on. Officer Cummings responded to the area. It is important to note at approximately 0344 hours earlier this morning, officers working the overnight shift also dealt with Ms. Gray. That call for service is attached to this report. In that call, Ms. Gray was verbally abusive to both the officers and the dispatcher, was yelling profanities, and had to be placed in four (4) point restraints while at the hospital.

A minute or two later, Officer Cummings was on Main Street approaching the intersection of Chestnut Street, when he observed a female party wearing a gray shirt, green shorts, and no shoes, walking on the sidewalk on Main Street, directly at the intersection with Chestnut Street. Officer Cummings radioed into the dispatcher that he has made contact with Ms. Gray, and he gave the dispatcher the location. Officer Cummings pulled his cruiser over and began to get out. Officer Cummings just stepped out of the cruiser and Ms. Gray looked over at him and yelled, "Fuck you!" Officer Cummings advised Ms. Gray that she needs to go back to the hospital. Ms. Gray yelled, "I'm not fucking going back!" Officer Cummings immediately radioed for backup officers to respond.

Ms. Gray continued to walk westbound on the sidewalk on Main Street. Officer Cummings followed behind Ms. Gray explaining to her that she needs to go back to the hospital. Officer Cummings stated many times for Ms. Gray to stop and speak with Officer Cummings. Ms. Gray just kept saying, "Fuck you!" and would continue walking. As Officer Cummings was still following behind Ms. Gray, she stopped abruptly and turned to face Officer Cummings. Ms. Gray looked at Officer Cummings with a thousand yard stare as if she were looking right through Officer Cummings. Ms. Gray's fists were clenched, her teeth were clenched, and Officer Cummings could see her body flex tightly. Ms. Gray yelled to Officer Cummings, "Fuck you!" Officer Cummings was standing approximately five (5) feet away from Ms. Gray, when she all of a sudden began approaching Officer Cummings quickly. Officer Cummings quickly got into a defensive position and he thought Ms. Gray was going to try and harm him. As Ms. Gray approached even closer to Officer Cummings, he reached out with a stiffened arm and grabbed a hold of Ms. Gray's shirt in an attempt to hold her back. Officer Cummings could feel Ms. Gray continuing to push closer to Officer Cummings. Officer Cummings therefore took Ms. Gray to the ground.

Once on the ground, Ms. Gray continued to yell, "Fuck you!" Ms. Gray immediately tucked her arms underneath her chest and flex tightly. Officer Cummings ordered Ms. Gray to stop resisting and to place her hands behind her back. Ms. Gray again yelled, "Fuck you!" Officer Cummings advised Ms. Gray again to stop resisting and to place her hands behind her back. Ms. Gray ignored Officer Cummings' requests. One more time, Officer Cummings told Ms. Gray to stop resisting, and that she is going to get tazed if she doesn't place her hands behind her back immediately. Ms. Gray stated, "Fucking do it!" Officer Cummings gave one last final demand to stop resisting, and when Ms. Gray refused to listen, Officer Cummings pulled out his department issued Taser X26, removed the cartridge so that it was in the "Drive Stun" mode, placed the Taser in the middle of Ms. Gray's back, and pulled the trigger. As Officer Cummings was holding down the trigger, he was yelling for Ms. Gray to stop resisting and to place her hands behind her back. Officer Cummings held the Taser on Ms. Gray's back for approximately four (4) to five (5) seconds until she finally released her arms from underneath

Athol Police Department                                           Page: 2
NARRATIVE FOR PATROL OFFICER THOMAS A CUMMINGS
Ref: 13-229-AR

Entered: 05/03/2013 @ 0723        Entry ID: 119
Modified: 05/03/2013 @ 0818       Modified ID: 119

her chest and placed them behind her back. Officer Cummings holstered his Taser and placed Ms. Gray in handcuffs. At this point, Officer Todd Neale arrived on scene to assist Officer Cummings.

Once Ms. Gray was handcuffed, she was brought up into a seated position, and was then assisted onto her feet. Officer Cummings radioed to the dispatcher to have an ambulance respond to his location to transport Ms. Gray back up to the hospital. While waiting for the ambulance to arrive, Ms. Gray continued to yell obscenities to random people as they drove by with their windows down. There were also a couple of people pumping gas at the gas station across the street. Ms. Gray was yelling, "Fuck you!" to those people pumping gas. Both Officer Cummings and Officer Neale were telling Ms. Gray to remain quiet. Ms. Gray deliberately ignored the officers requests, and continued to yell obscenities to different people that were out and about on this beautiful sunny day.

The ambulance arrived on scene a couple of minutes later and Ms. Gray was brought back to the hospital. As Ms. Gray was at the hospital, Officer Cummings took photos of Ms. Gray's back to document any and all marks/injuries she may have gotten from the Taser. Officer Cummings only observed a slight red area on her back where the Taser was placed. No other injuries were observed (see photos of same).

A use of force form was completed by Officer Cummings once he returned back to the station.

Ms. Gray is being summonsed to court for 1) Assault on a Police Officer (c.265/13a), 2) Resisting Arrest (c.268/s.32), 3) Disturbing the Peace (c.272/s.53), and 4) Disorderly Person (c.272/s.53).


_____                                    _____
Officer Thomas Cummings #119                                 Sergeant Richard Aucoin #63

ATHOL POLICE DEPARTMENT
Call Number          Printed: 05/03/2013                                                      Page: 1

For Date: 05/02/2013 - Thursday

| Call Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 13-4439 | 0344 | 911 - Domestic Disturbance | N.A.T. | 2 | |

```
        Call Taker:   37 - MacMillan, Lisa
   Location/Address:  463 HARVARD AVE
       Jurisdiction:  Athol
   Party Entered By:  05/02/2013 0348 37 - MacMillan, Lisa
        Modified By:  05/02/2013 0353 37 - MacMillan, Lisa
 Calling/Inv. Party:  GRAY, JUDITH D @ 463 HARVARD AVE - ATHOL, MA 01331-3003  978-249-2386
                SSN:                    DOB:              Race: W  Sex: F
   Party Entered By:  05/02/2013 0355 37 - MacMillan, Lisa
     Involved Party:  STOLAROFF, KAITLYNN T @ 463 HARVARD AVE - ATHOL, MA 01331  978-249-4509
                SSN:                    DOB:              Race: W  Sex: F
   Party Entered By:  05/02/2013 0355 37 - MacMillan, Lisa
     Involved Party:  STOLAROFF, THEODORE C @ 463 HARVARD AVE - ATHOL, MA 01331  978-249-2538
                SSN:                    DOB:              Race: W  Sex: M
                 ID:  138 - Paras, Daniel
                      Disp-03:44:00              Arvd-03:47:19    Clrd-04:40:09
    Location Change:  AMH ER - MAIN ST [Modified: 05/02/20130416]
       Jurisdiction:  Athol
                 ID:  66 - O'Lari, Albert
                      Disp-03:44:00              Arvd-03:47:19    Clrd-04:40:09
    Location Change:  AMH ER - MAIN ST [Modified: 05/02/20130414]
       Jurisdiction:  Athol
                 ID:  21 - Casella, Christopher
                      Disp-03:45:00              Arvd-03:47:18    Clrd-04:40:09
    Location Change:  AMH ER - MAIN ST [Modified: 05/02/20130415]
       Jurisdiction:  Athol
          Narrative:  05/02/2013 0408 MacMillan, Lisa
        Modified By:  05/02/2013 0412 MacMillan, Lisa
                      911 - caller requesting a police officer respond to her home
                      as she states her daughter and husband are fighting.
                      0404 - 66 is transporting Judith Gray to AMH ER for
                      evaluation. AMH was called and advised of her information.
                      21 and 138 are following transport.
                      Transport from 463 Harvard Ave to AMH ER in cruiser 112
                              Start                    Finish
                      Mileage 52840 @ 0404 hrs   Mileage 52841.4 @ 0410 off
                      0406 - per 21, another call to AMH ER to advise to have four
                      point restraints ready.

                      ................. NFP .................
                      Dispatcher attempted to confirm 911 information. When the
                      caller was asked for her name she stated "just put me
                      through to an officer. Fuck you, you cunt. Eat me bitch.
                      You better call a fucking officer 'cause you're gonna need
                      one".

          Narrative:  05/02/2013 0602 Paras, Daniel
                      Spoke with Kaitlyn Stolaroff who stated her mother, Judith
                      Gray, suffers from Manic Depression and was becoming
                      verbally aggressive. While speaking with Mrs. Gray, she
                      became extremely agitated, shouted random profanities, and
                      threw small objects. Mrs. Gray was transported to AMH by 66
                      for an evaluation.
```



# Athol Police Department
## Use of Force Reporting Form

EXHIBIT 4
CUMMINGS
8/17/15 DL

| Date of Inc. | Time of Inc. | Call # | Reporting Officer | Location of Incident |
|---|---|---|---|---|
| 5-2-2013 | 1017 | 13-4449 | Cummings | Main Street |

**Type of Force Deployed - Check all that apply:**

- [ ] Firearm
- [ ] O.C. Spray
- [ ] Physical Techniques
- [x] Taser - Drive Stun
- [ ] Baton
- [ ] Other: ____

**Subject upon who the force was used:** (use additional forms for bystander injuries)

Last: Gray    First: Judith    MI: O
No: 463   Street: Harvard Ave   City: Athol   State: MA   Zip: 01331
DOB: [redacted]   SS #: [redacted]   Race: White   [ ] Male   [x] Female
Tel. No.: 978-249-2386

[x] Injured   Transported to: Athol Memorial Hospital

Describe nature & severity of injuries, actions & behavior following the use of force, treatment provided, & any preexisting medical/mental health conditions: Female was taken to the ground and suffered a slight cut on her elbow. She also obtained a minor abrasion on her knee. Very minor reddening was observed on her back in the area where the Taser was used. She had an assaultive and disorderly behavior prior to the use of the Taser. She also had mental health issues to which a section 12 had been issued for

**Witness Information:** (use additional forms for multiple witnesses)

Last: ____   First: ____   MI: ____
No: ____   Street: ____   City: ____   State: ____   Zip: ____
DOB: ____   SS #: ____   Race: ____   [ ] Male   [ ] Female
Tel. No.: ____

**Officer Injury Information:** (use additional forms for multiple officer injuries)
Officer Name: ____   I.D. No.: ____

Describe nature & severity og injuries and treatment provided:

* Note: Department I.O.D. forms need to be completed in addition to this report on all officer injuries.

| | |
|---|---|
| Subject Behavior Causing Use of Force Option: | Assaultive behavior from the female. After she was taken to the ground, she was laying with her arms under her chest and was refusing to take them out. |
| Manner of Deployment: | Removed the cartridge and performed a Drive Stun. Approximately 4-6 seconds was applied to the middle of her back |

* Explain the # of rounds expended, duration of spray, # of baton strikes, techniques utilized, of # of and duration of electronic discharges.

| | |
|---|---|
| Effect of the Force on Subject: | After a few seconds from the Drive Stun, she removed her arms from under her chest and put them right behind her back. |

* Describe the effect of the use of force on the subject, including resultant injuries & preexisiting medical/mental health conditions.

| Submitting Officer's Signature: *[signature]* -119 | Date: 5-2-2013 |
|---|---|
| Supervisor Comments: APPEARS CORRECT USAGE OF TASER WAS APPLIED WITH RESPECT TO DEPT. RULES & REGS. | |
| Supervisor's Signature: LT *[signature]* #06 | Date: 05-02-2013 |
| Administrative Review Comments: Noted | |
| Administrative Reviewer's Signature: *[signature]* #04 | Date: 5/3/2013 |

2011-1_APD

DEF000441